SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
YURI DOERING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YURI DOERING,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY COMPANY; and DOES 1 to 10,<br><br>　　　　　Defendants. | **Case No.: 2:23-cv-02407-AB (PVCx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: October 20, 2023<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Honorable Judge Andre Birotte Jr. |

　　To Defendant WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY COMPANY and the attorneys of record, if any: Please take notice that on October 20, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff YURI DOERING will present Plaintiff's motion for default judgment against Defendant WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY COMPANY. The Clerk has previously entered the default on said Defendant on August 10, 2023 (Dkt. #20).

　　At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendant WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY

1  COMPANY is not a minor or an incompetent person or in military service or otherwise
2  exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant
3  WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY COMPANY has not
4  appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on
5  account of the claims pleaded in the complaint, to wit: a violation of the Americans with
6  Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the
7  California's Unfair Competition Act, and Negligence.
8      The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages,
9  $2,285.00 in attorney's fees, and $577.00 in costs as set forth in the attached Declaration
10 of Jason J. Kim and an Order directing the Defendant to: make alterations in such a
11 manner that, to the maximum extent feasible, the goods, services, facilities, privileges,
12 advantages, or accommodations offered by Defendant are readily accessible to and usable
13 by individuals with disabilities at the property located at or about 7219 S. Western Ave.,
14 Los Angeles, California. This motion is based on this notice, the declarations submitted
15 in support of this motion, and other matters which may be presented at the hearing.
16     Notice of the original motion for default judgment by court was served on
17 Defendant WESTERN 7 FLORENCE 7223 LLC LIMITED LIABILITY COMPANY, on
18 September 8, 2023, by first class United States Mail, postage prepaid.

Dated:  September 8, 2023            **SO. CAL. EQUAL ACCESS GROUP**

                        By:   _/s/ Jason J. Kim_____
                              Jason J. Kim, Esq.
                              Attorneys for Plaintiff